# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

JEREMIAH NESBITT
v.
CITY OF HARVEY, THOMAS KENT,
UNKNOWN HARVEY POLICE OFFICERS,
PACE SUBURBAN BUS SERVICE and
EDWARD UNDRAITIS

Case #: 22 CV 00686

## AFFIDAVIT OF SPECIAL PROCESS SERVER

Brian Riebel, a licensed Illinois Private Detective (IL license # 115.002394), located at 15774 S. Lagrange Rd., #260, Orland Park, IL 60462, hereby states as follows:

That I served the within SUMMONS IN A CIVIL CASE / COMPLAINT

on CITY OF HARVEY, ILLINOIS by CORPORATE SERVICE to Liliana Gonzalez,

Secretary to City Clerk (authorize to accept service for city) on 2/23/22.

That the sex, race and approximate age of the person with whom the above documents were served upon are as follows:

Sex: F        Race: H        Approx. Age: 30        Other: black hair

That the place where and the date and time when the above documents were served upon the person are as follows:

Place: Harvey City Hall: 15320 Broadway Ave., Harvey, IL 60426

Date: 2/23/22                                        Time: 9:00 a.m.

Under the penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certified that the statements set forth in this instrument are true and correct except to matters therein stated to be on information and belief as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

_____
Special Process Server