# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JEREMIAH NESBITT,<br>  Plaintiff,<br><br>v.<br><br>CITY OF HARVEY, an Illinois municipal corporation; THOMAS KANT, in his individual capacity as a Harvey police officer; UNKNOWN HARVEY POLICE OFFICERS; PACE SUBURBAN BUS SERVICE; EDWARD UNDRAITIS; and AP PRIVATE DETECTIVE & SECURITY AGENCY LTD.;<br>  Defendants. | Case No. 22-cv-686<br><br><br><br>Hon. Sara L. Ellis<br>Magistrate Judge Hon. Sheila M. Finnegan<br>JURY TRIAL DEMANDED |

## RULE 4 WAIVER OF THE SERVICE OF SUMMONS

To Dean J. Caras:

I have received your request to waive service of a summons in this action.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from April 29, 2022, the date when this request was sent. If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: May 2, 2022         Printed Name of Party Waiving Service: Thomas Kant

Robert P. Hoban III
Ancel Glink, P.C.
140 S. Dearborn, Ste. 600
Chicago, IL 60603
rhoban@ancelglink.com
(312) 604-9165